AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

FILED by _____ D.C.

APR - 5 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| FRANCISCO LUIS CORCHADO, | ) | Case No. 13-8181-JMH |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 4, 2013__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Andrew X. Pudimott, Special Agent, FBI
_Printed name and title_

*I find probable cause.*

Sworn to before me and signed in my presence.

Date: 4-5-13

_Judge's signature_

City and state: West Palm Beach, FL

U.S. Magistrate Judge James M. Hopkins
_Printed name and title_

# **AFFIDAVIT**

I, Andrew X. Pudimott, being duly sworn, do state and attest as follows:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and I have been so employed for two years and ten months. I am currently assigned to the West Palm Beach Resident Agency, PB-2, the Safe Streets Task Force squad. Prior to joining the Miami Division, I attended the FBI Academy in Quantico, Virginia, for five (5) months where I received training in federal criminal laws and investigation techniques, including laws related to bank robbery. Prior to joining the FBI, I was employed as a Deputy U.S. Marshal for six years, and I was employed as a U.S. Border Patrol Agent for four years. I have experience investigating individuals for violations of federal law, including Title 8 and Title 18 offenses.

2. This affidavit is based upon my own personal knowledge of the facts and circumstances surrounding the investigation and information provided to me by other law enforcement officers. This affidavit does not purport to contain all the information known to me about this case but addresses only that information necessary to support a finding of probable cause for the issuance of a criminal complaint charging FRANCISCO LUIS CORCHADO with Bank Robbery, in violation of Title 18, United States Code, Section 2113 (a).

3. On Thursday, April 04, 2012 at 2:19 PM, officers from the Boynton Beach Police Department responded to a bank robbery investigation at the TD Bank, located at

1

1601 West Boynton Beach Boulevard, Boynton Beach, Florida. Employee 1, a bank teller, reported that the bank was just robbed, and the subject was last seen running north through the parking lot adjacent to the bank. The suspect, later identified as FRANCISCO LUIS CORCHADO, was described as a slender, Italian or Hispanic male, approximately 6'0" tall wearing a red and black baseball cap, sunglasses, blue jeans, and bright orange fleece jacket.

4. Your Affiant asked follow-up questions of Employee 1, and she provided the following information: when CORCHADO entered the bank, Employee 1 was behind the counter. CORCHADO waited in line, and when called, approached Employee 1's teller station. CORCHADO showed Employee 1 a demand note that said, "Don't be a hero, Give me money." Employee 1 noticed that the teller next to her, Employee 2, was looking at CORCHADO, and CORCHADO also noticed Employee 2. CORCHADO told Employee 2, "Don't be stupid. Don't be a hero." Employee 1 complied with CORCHADO's demand, and handed CORCHADO all of the money in her drawer, which included a dye pack and a bait bill. A bank audit determined the loss totaled $912.00. After Employee 1 handed CORCHADO the money, CORCHADO turned and walked out the front door. Employee 1 activated the silent alarm, and notified co-workers about the robbery.

5. Your Affiant interviewed Employee 3, another bank teller, who related the following story: Employee 3 was working at the drive through window when he noticed

CORCHADO sprinting north through the parking lot of the bank. Employee 3 noticed that CORCHADO had a bag in his left hand, and Employee 3 saw red dye pack smoke coming from the bag. After observing this, Employee 3 walked to the front of the bank, and learned that the bank had just been robbed.

6. Detective Juan Montoya, Boynton Beach Police Department, obtained a written statement from RD, a witness who observed CORCHADO run away from the robbery scene, enter a blue getaway vehicle, and flee the scene. RD noticed CORCHADO running along Winchester Road, which is adjacent to the bank, with a bag emanating orange-colored dye pack smoke. RD followed CORCHADO in his vehicle to where CORCHADO stashed the blue getaway vehicle, and RD obtained a Florida license plate number of BDE C95. RD called 911, and reported this observation to the Boynton Beach Police Department dispatcher. The Boynton Beach Police Department determined that this vehicle was a blue 2006 Chevrolet Sedan, which belonged to Evelyn Vazquez, residence address 2450 Lantana Road, Lake Worth, Florida.

7. The Boynton Beach Police Department issued a "be on the lookout" (BOLO) notice which contained the above information, and officers responded to the above address. When officers arrived, they noticed a blue Chevrolet sedan sitting outside of the building which matched the description of the getaway vehicle. They confirmed this information with the dispatcher, and the license plate matched the license plate observed by RD. Moments later, CORCHADO exited the apartment building, and walked toward

3

the blue Chevrolet. Officers called CORCHADO, and he immediately placed his hands in the air to surrender. Officers placed him in handcuffs, and he told them that he had a gun in his waistband. Officers secured the gun, and determined it was a toy gun. CORCHADO also had in his possession the bag that contained the bank robbery proceeds and exploded dye pack.

8. On scene, CORCHADO was orally read his *Miranda* Rights by Detective Alfred Martinez, Boynton Beach Police Department. CORCHADO agreed to waive his rights and provided the following information: CORCHADO admitted to robbing the TD Bank, and he led officers to where he discarded his orange fleece jacket and baseball hat that he had worn during the robbery. CORCHADO also told the officers that the sunglasses he wore, and bank robbery note were in the blue Chevrolet getaway vehicle. CORCHADO explained that the blue Chevrolet getaway vehicle belonged to his girlfriend, Evelyn Vazquez. CORCHADO was arrested, and was transported to the Boynton Beach Police Department.

9. At the Police Department, CORCHADO was re-read his *Miranda* rights, and again waived his *Miranda* rights and he was interviewed by your Affiant and Detective Midian Diaz, Boynton Beach Police Department. During this interview, CORCHADO said he recently began to experience financial difficulties, and his rent was due on April 4, 2013. He said he could only find menial jobs because of his criminal history, and he could barely survive with his pay. He met his girlfriend Evelyn, and he helped her from time to

time with her daughter. During the early afternoon on April 4, 2013, Evelyn called and asked CORCHADO if he could pick up her daughter from school, because she was still at work. CORCHADO went to Evelyn's work, and picked up Evelyn's vehicle which he was supposed to use to pick up Evelyn's daughter from school. Since he had a couple of hours free, he decided to drive around, and look for a bank to rob. He said he had been thinking about robbing a bank for a few days. He drove to the TD Bank, walked in the bank, demanded money from the teller, and walked out of the bank with the bank robbery proceeds. He said he heard a small explosion, and he thought he was being shot at. He decided to run back to the vehicle, and go to Evelyn's apartment to go change into fresh clothing. When he arrived, Evelyn's roommate and her boyfriend were at the apartment. He did not want to talk to them, because he had just robbed a bank. Therefore, he almost immediately walked back out the door, and encountered the police outside of the apartment.

11. TD Bank, located at 1601 West Boynton Beach Boulevard, Boynton Beach, Florida, is a financial institution whose deposits are insured by the Federal Deposit Insurance Corporation (FDIC).

12. Based upon the foregoing, your Affiant submits that there is probable cause to believe, in Palm Beach County, in the Southern District of Florida, FRANCISCO LUIS CORCHADO, by threat of force and violence or intimidation, did take property belonging

5

to TD Bank, a financial institution whose deposits are insured by the FDIC, in violation of Title 18, United States Code, Section 2113(a).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

ANDREW X. PUDIMOTT, SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Subscribed and sworn to before me
this _5_ day of April, 2013

JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 13-8181-JMH

UNITED STATES OF AMERICA

vs.

FRANCISCO LUIS CORCHADO,

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
A. MARIE VILLAFAÑA
ASSISTANT UNITED STATES ATTORNEY
Ann.Marie.C.Villafana@usdoj.gov
FL BAR NO. 0018255
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Fax: (561) 820-8777